UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| UNITED STATES OF AMERICA | No. 25 CR 50051 |
|---|---|
| v. | Hon. Michael F. Iasparro |
| ERIN SORTO<br>Also known as "Erin Octulio Serrano-Sorto" and "Erin Obdulio Serrano Sorto" | Magistrate Judge |

## MOTION TO DISMISS COMPLAINT

The UNITED STATES OF AMERICA, by ANDREW BOUTROS, United States Attorney for the Northern District of Illinois, moves this Honorable Court to dismiss the complaint against defendant, Erin Sorto, in the above-captioned case.

Upon information and belief, defendant is currently in U.S. Immigration and Customs Enforcement custody in Texas awaiting transport to Honduras.

Respectfully submitted,

ANDREW BOUTROS
United States Attorney

By: /s *Taylor N. Burnett*
TAYLOR N. BURNETT
Assistant United States Attorney
327 S. Church Street, Suite 3300
Rockford, Illinois 61101
(815) 987-4444

# CERTIFICATE OF FILING AND SERVICE

The undersigned Assistant United States Attorney hereby certifies that the following document:

**MOTION TO DISMISS INDICTMENT**

was served on October 27, 2025, in accordance with Fed. R. Crim. P. 49, Fed. R. Civ. P. 5, LR 5.5, and the General Order on Electronic Case Filing (ECF) pursuant to the district court's system as to ECF filers.

/s/ *Taylor N. Burnett*
TAYLOR N. BURNETT
Assistant United States Attorney
327 S Church Street, Suite 3300
Rockford, IL 61101
(815) 987-4444